IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANNE MCFADDEN, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 13-2914 |
| | : | |
| NAOMI WEISS et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of November, 2014, upon consideration of Plaintiff's Motion for an Extension of Time to Serve Defendant, (Dkt No. 17), Defendant Alexis Longo's Response, (Dkt No. 23), it is hereby ORDERED that Plaintiff's Motion, (Dkt No. 17), is GRANTED insofar as Plaintiff is GRANTED an extension to serve Plaintiff within forty-five (45) days of the date of this Order.

FURTHER, upon consideration of Defendant Longo's Motion to Dismiss, (Dkt No. 13), Plaintiff's Response, (Dkt No. 18), it is hereby ORDERED that Defendant's Motion, (Dkt No. 13), is DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II     J.